[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.] SCHEDULE A
The items contained herein are the court's factual findings based upon probable cause standards concerning the plaintiff's claim for damages to certain air conditioning, alarm, fire and electrical systems. The calculations herein are based on the testimony of Bernard Sencer, pages 4 and 5 of Mr. Sencer's Appraisal as of June 1993, (Exhibit R) and Marshall and Swilt Valuation Service section 97 page 10 and page 16 (Exhibit S). The order of listing of the items has been determined by Exhibit O which is a photocopy of Exhibit R pages 4 and 5 with the dollar amounts deleted. CT Page 7419
ITEM DESCRIPTION VALUATION RATE FAIR MARKET VALUE
1 5 Carrier/20 Ton $12,250 BTU $61,250 Air Conditioning Less 4% price adj. -3,560 ------- Units 6/30/93-10/30/94 57,690
 Marshall Swift (MS) "Refrig air cond, central" Straight Line (S/L) Avg. condition — 44,420 --------- 10/13 yrs $ 13,270 (77% depreciation)
2 Power wiring- .400 Amp Item #2 1,202 Electric services, wiring conduits, boxes
3. 54 Sodium light $150 per unit x 54 8,100 fixtures
 MS "Light fixtures, commercial" Avg condition 10/10yrs, S/L Use 10% -7,290 salvage value, page 16 ------ Exhibit S $ 810
4. 38 Drop cords, Charge per box, switches, 15,056 outlets Boxes conduits and drop cords wiring
 MS "Service wiring, commercial" Avg condition S/L 10/20yrs -7,528 ------- $ 7,528
5. Fire alarm systems $175 x 10 boxes 3,000 Boxes, pull stations Alarm $585 misc charges horns, battery Total Exhibit R page 5 connections Item #5
 MS Security alarms (residential) Avg condition 10/12 yrs S/L (83% depreciation) -2,490 ------- $ 510
6. Emergency lighting Exhibit R pg. 4 $ 800 and exit signs Item #6
 MS "Light fixtures, commercial" Avg condition CT Page 7420 S/L 10/10 yrs. Use 10% salvage value, pg. 16 Exhibit S -720 ----- $ 80
7. 12 Battery backup $150 x 12 units 2,220 units with bulbs + 25% markup MS "Light fixtures, commercial" Avg condition S/L 10/10 yrs. Use 10% salvage value, pg. 16 Exhibit S — 1,998 ------- $ 222
8. Public address system, Exhibit R. pg. 5, item #8 500 5 boxes wiring, conduits and outlets
 MS Service wiring, commercial, Avg condition S/L 10/20yrs -250 ----- $ 250
 DAMAGE RECAPTULATION
Item 1 Air conditioning $13,270 Item 2 Power wiring 1,202 Item 3 Sodium light fixtures 810 Item 4 Drop Cords 7,528 Item 5 Fire Alarm 510 Item 6 Exit signs 80 Item 7 Battery Units 222 Item 8 Public address systems 250 ------- $23,872
EQUIPMENT REMOVAL COSTS
Capping Roof openings (Exhibit C) $ 6,600 Removal of light and (Exhibit C) 2,000 electrical distribution systems CT Page 7421 Removal of fire alarm (Exhibit C) 300 Removal of emergency lighting and exit lights (Exhibit C) 300 ------- $ 9,200
Equipment damage $23,872 less removal costs -9,200 ------- Total equipment damage $14,672
BY THE COURT,
KEVIN TIERNEY, JUDGE.
SCHEDULE B
The items contained herein are the court's factual findings based upon probable cause standards concerning the defendant's claim for damages and/or set-off to the commercial premises' at 69 Jefferson Street, Stamford, Connecticut. In this regard the court has considered helpful the testimony of Cleante Pimpinella of Pimpinella Construction, Inc, Exhibits A, M, U, V, W, 16, 19, 20, 21, 22, 23, 24, 26, 27, 28 and 31. The defendant is claiming damages for failure to return the premises to its former condition and supports the total claim of $24,007 with the testimony of Mr. Pimpinella. The order of listing of the items will follow Exhibit U, a two page estimate signed by Cleante Pimpinella on July 28, 1994.
DESCRIPTION OF WORK AMOUNT CLAIMED AMOUNT ALLOWED
EXTERIOR WORK
#1 Weeds #2 8 New Shrubs $ 400 $ 400 #3 Damaged Asphalt 276 276 #4 Brick Graffiti 258 258 #5 45 Jefferson Entrance --- --- #6 Overhead Door, Bldg A 250 250 #7 Garbage Compacter 474 474 #8 Clean Drain --- #9 Repair Blacktop 600 600 Replace 10 locks, new hardware $2,500 $1,250 ------ ------ $4,758 $3,508 CT Page 7422
BUILDING A
#1 Remove storage racks #2 Replace 20 locksets #3 Remove counter top ------ ------ $1,898 $1,898
BUILDING C
#1 Remove pipe racks $ 300 $ 300 #2 Office partition 945 ---* Remove carpet 160 ---* #3 Electrical cut off 240 240 #4 Dumpster Dump fees 300 150 #5 Block openings, AC 738 738 Block openings, CD 756 756 ------ ------ $3,439 $2,184 15% profit and overhead 516 328 ------ ------ $3,955 $2,512
DESCRIPTION OF WORK AMOUNT CLAIMED AMOUNT ALLOWED
BUILDING D
#1 Remove partitions $1,573 $ ____* #1 Remove ceiling 1,246 ______* #1 remove carpeting 460 ______* #2 electrical removal 480 480 #3 Dumpster Dump Fees 550 550 ------ ---------- $4,309 $1,030 ------ ---------- 15% Profit Overhead 646 154 ------ ---------- $4,955 $ 1,184
BUILDING F
#1 Remove partitions $1,586 ____* Lower level #1 Remove partitions 1,102 ____* Upper level CT Page 7423 #2 Remove carpeting — L 729 ____* — U 1,264 #3 Repair Walls — L 250 ____* — U #4 Repair ceiling — L 350 ____* — U 350 ____* #5 Dumpster Dump Fees — L 550 100 — U 550 100 #6 Remove Counter Tops — L 164 164 — U #7 Electric cutoff — L 240 240 — U 240 240 ----- ------ $ 7,375 844 15% Profit Overhead 1,106 127 ------ ------ $ 8,481 $ 971
TOTAL DAMAGES
EXTERIOR $ 3,508 BUILDING A 1,898 BUILDING C 2,512 BUILDING D 1,184 BUILDING F 971 ------- $10,073
*No allowance is made for interior partition since the landlord approved the additions and waived any objection, did not claim any violation of paragraph 5 of the lease, implying approved improvements of the premises by permitting it to be used for office purposes and obtained the benefit of these improvements by renting the premises to Dress Barn, Inc. for a period of a few months.
BY THE COURT, KEVIN TIERNEY, JUDGE CT Page 7424